# IN THE UNITED STATES DITRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID PARTRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-CV-1019 |
| ) | |
| BOARD OF COUNTY ) | |
| COMMISIONERS OF SEDGWICK ) | |
| COUNTY, KANSAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1446
### (From the District Court of Sedgwick County, Kansas)

COMES NOW the defendant Board of County Commissioners of Sedgwick County, Kansas, and pursuant to 28 U.S.C. § 1446 file this Notice of Removal of the above cause from the District Court of Sedgwick County, Kansas (Eighteenth Judicial District), where the case in now pending, to the United States District Court for the District of Kansas.

As grounds for removal, the defendant states:

1.  This civil action alleges a violation of plaintiff's federal constitutional rights pursuant to 42 U.S.C. § 1981 and 42 U.S.C. § 1983 and violation of Title VII of the Civil Rights Act of 1964. This civil action was initially filed in the Eighteenth Judicial District, Sedgwick County, Kansas, bearing Case No. 2021 CV 1700, where the case is now pending. The defendant was served with a copy of plaintiff's Complaint on or about December 27, 2021. A true and correct copy of the Complaint and Summons is attached hereto as Exhibit A.

2.  No part of this case has been tried or finally determined. This Notice of Removal is filed within thirty (30) days after receipt by the defendant of the initial pleadings.

3. The District Court of the United States has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1331 in that the action arises under the Constitution and laws of the United States, and pursuant to 28 U.S.C. § 1343 in that this action includes claims under Title VII of the Civil Rights Act, 42 U.S.C. § 1981, and 42 U.S.C. § 1983, to redress the alleged deprivation (under color of state law) of rights, privileges, and immunities secured by the Constitution of the United States.

4. A copy of this Notice of Removal is being filed with the Clerk of the District Court of Sedgwick County, Kansas, and has been served upon plaintiff as indicated on the attached Certificate of Service.

Respectfully submitted,

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
jhill@mcdonaldtinker.com
*Attorney for Defendant*
MCDONALD, TINKER, SKAER,
    QUINN & HERRINGTON, P.A.
300 West Douglas, Suite 500
Wichita, Kansas 67202
Telephone: (316) 263-5851
Facsimile: (316) 263-4677

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January, 2022, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court by using the CM/ECF System and served a copy by email to the following:

 Sean McGivern
 sean@graybillhazlewood.com
 GRAYBILL & HAZLEWOOD, LLC
 218 N. Mosley
 Wichita, Kansas 67202
 *Attorney for Plaintiff*

                s/ Jennifer M. Hill
                Jennifer M. Hill