**ELECTRONICALLY FILED**
2021 Dec 22 PM 4:34
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001700-CD

David Partridge

vs.

Board of County Commissioners of Sedgwick County

## SUMMONS

To the above-named Defendant/Respondent:

> **Board of County Commissioners of Sedgwick County**
> c/o County Clerk
> 525 N. Main St. #211
> Wichita, KS 67203

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Sean McGivern
> 218 N Mosley
> Wichita, KS 67202

within 21 days after service of summons on you.

**RECEIVED**
DEC 2 7 2021
Sedgwick Co Clerk



B.D. Lumbreras
Bernadine D. Lumbreras

Clerk of the District Court
Electronically signed on 12/23/2021 10:47:04 AM

**Documents to be served with the Summons:**
Petition

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Oct 13 AM 9:53
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001700-CD

**IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT**

| | | |
|---|---|---|
| DAVID PARTRIDGE, | ) | |
| Plaintiff, | ) ) ) | RECEIVED |
| v. | ) ) | DEC 2 7 2021 |
| BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY, KANSAS | ) ) ) ) ) | Sedgwick Co Clerk |
| Defendant. | ) ) ) | |

Case No.

Pursuant to K.S.A. Chapter 60

## PETITION

Plaintiff David Partridge, through undersigned counsel, brings this action against the Defendant, Board of County Commissioners of Sedgwick County, Kansas for damages. Plaintiff alleges for his cause of action against Defendant:

1. Plaintiff David Partridge is a citizen of the state of Kansas.

2. Defendant Board of County Commissioners of Sedgwick County, Kansas is the governing body with respect to Sedgwick County, Kansas and the name under which Sedgwick County is to be sued.

3. Defendant employed Plaintiff from December 2019 until August 2, 2021.

4. In April 2021, Plaintiff transferred to Defendant's bridge crew to work as a bridge crewman.

5. Plaintiff is a bi-racial African American.

6. During his employment on the bridge crew, Plaintiff experienced a racially hostile work environment including:

a. The crew chief (Caucasian male) stating that Plaintiff was required to do all of the labor on his crew, even though there were three crewmen in Plaintiff's crew.

b. The crew chief singing Jimmy Crack Corn, a slave song, while interlineating Plaintiff's name in the lyrics to the song.

c. The crew chief singing "Nobody knows the trouble I have seen," which is an African American spiritual song that originated during the period of slavery.

d. Being referred to as "boy"

e. Being referred to as "the colored guy"

7. Plaintiff filed a complaint with Defendant's human resources department on June 1, 2021, over the discrimination he had experienced.

8. Defendant moved Plaintiff to a different work area while it conducted an investigation.

9. On June 16, 2021, Defendant determined that its policies on racial discrimination and harassment had been violated.

10. At all times relevant to the allegations in this Petition, Tom Stolz has been the County Manager and a policymaker with respect to Defendant's employment decisions.

11. Plaintiff spoke with Mr. Stolz after the Defendant completed its investigation.

12. Plaintiff expressed that he did not want to return to the crew he worked with because of a reasonable fear of further discrimination and reprisal.

13. Mr. Stolz agreed that it would be unreasonable to require Plaintiff to return to the crew that discriminated against him and told Plaintiff he would never have to go back to that crew.

14. Plaintiff applied for at least one other position with Defendant and was refused the position.

15. Defendant ordered Plaintiff to return to his job with the same crew where he experienced racial discrimination.

16. In lieu of returning to his job with that crew, Defendant offered Plaintiff an Operator position that would require Plaintiff to take a $2.00 per hour pay cut.

17. Plaintiff reasonably refused to take a pay cut or return to the same job where he experienced racial discrimination.

18. Defendant fired Plaintiff on August 2, 2021.

19. Plaintiff has suffered damages as a result of Defendant's violations of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981.

20. Defendant is liable to Plaintiff for damages and other relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and 42 U.S.C. § 1983.

21. Plaintiff has exhausted administrative remedies with respect to events occurring prior to July 14, 2021.

22. Plaintiff is filing another EEOC charge to exhaust administrative remedies with respect to his termination and will promptly request a right-to-sue for same.

Wherefore, Plaintiff David Partridge prays that judgment be entered against Defendant Board of County Commissioners of Sedgwick County, Kansas, for damages in excess of $75,000.00, for all relief available under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and 42 U.S.C. § 1983 including attorneys fees and costs, and for other relief the Court deems just and equitable.

**Plaintiff demands trial by jury on all issues.**

DATE: October 13, 2021.                SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Sean M. McGivern, #22932
218 N. Mosley
Wichita, KS 67202
Telephone: (316) 266-4058
Facsimile: (316) 462-5566
sean@graybillhazlewood.com
ATTORNEYS FOR PLAINTIFF